IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MARIA D. MALDONADO and LAURA A. DAY, on behalf of themselves and all others similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA and MGM NATIONAL HARBOR, LLC,<br><br>                Defendants. | Case No. 1:20-cv-05599-NLH-MJS<br><br>Motion Day:  December 6, 2021 |

**PLAINTIFFS' NOTICE OF THEIR UNOPPOSED
MOTION TO DIRECT CLASS NOTICE AND GRANT
<u>PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT</u>**

**PLEASE TAKE NOTE** that on December 6, 2021, or as soon thereafter as the matter may be heard, in the Courtroom of The Honorable Noel L. Hillman**,** United States Judge for the District of New Jersey, Camden Division, located at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101 (or by telephonic or videoconference means as directed by the Court), Plaintiffs will ask the Court to preliminarily approve of this class action settlement pursuant to Fed. R. Civ. P. 23 and direct notice pursuant to the protocols provided in the attached settlement agreement.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant this motion and enter that attached proposed order.

Dated: November 12, 2021          Respectfully submitted,

s/ Mark J. Gottesfeld
R. Andrew Santillo (NJ ID #025512004)
Mark J. Gottesfeld (NJ ID #027652009)
WINEBRAKE & SANTILLO, LLC
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025
Telephone: 215-884-2491
Facsimile: 215-884-2492
Email: asantillo@winebrakelaw.com
Email: mgottesfeld@winebrakelaw.com

George A. Hanson (admitted *pro hac vice*)
Todd M. McGuire (admitted *pro hac vice*)
Alexander T. Ricke (admitted *pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101
Email: hanson@stuevesiegel.com
Email: mcguire@stuevesiegel.com
Email: ricke@stuevesiegel.com

Ryan L. McClelland (admitted *pro hac vice*)
Michael J. Rahmberg (admitted *pro hac vice*)
McCLELLAND LAW FIRM, P.C.
The Flagship Building
200 Westwoods Drive
Liberty, MO 64068
Telephone: 816-781-0002
Facsimile: 816-781-1984
Email: ryan@mcclellandlawfirm.com
Email: mrahmberg@mcclellandlawfirm.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 12, 2021, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                     s/ Mark J. Gottesfeld
                                                     Mark J. Gottesfeld (NJ ID #027652009)