IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIA D. MALDONADO and LAURA A. DAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA and MGM NATIONAL HARBOR, LLC,<br><br>Defendants. | Case No. 1:20-cv-05599-CPO-MJS<br><br>Motion Day:  July 20, 2022 |

**PLAINTIFFS' NOTICE OF THEIR UNOPPOSED MOTION
FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTE** that on July 20, 2022 at 2:00 pm in the Courtroom of The Honorable Christine P. O'Hearn**,** United States Judge for the District of New Jersey, Camden Division, located at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, Plaintiffs will ask the Court to grant final approval of this class action settlement pursuant to Fed. R. Civ. P. 23.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant this motion and enter the attached proposed order.

Dated: July 6, 2022                              Respectfully submitted,

                                                              s/ R. Andrew Santillo
                                                              R. Andrew Santillo (NJ ID #025512004)
                                                              Mark J. Gottesfeld (NJ ID #027652009)
                                                              WINEBRAKE & SANTILLO, LLC
                                                              Twining Office Center, Suite 211
                                                              715 Twining Road
                                                              Dresher, PA 19025

Telephone: 215-884-2491
Facsimile: 215-884-2492
Email: asantillo@winebrakelaw.com
Email: mgottesfeld@winebrakelaw.com

George A. Hanson (admitted *pro hac vice*)
Todd M. McGuire (admitted *pro hac vice*)
Alexander T. Ricke (admitted *pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101
Email: hanson@stuevesiegel.com
Email: mcguire@stuevesiegel.com
Email: ricke@stuevesiegel.com

Ryan L. McClelland (admitted *pro hac vice*)
Michael J. Rahmberg (admitted *pro hac vice*)
McCLELLAND LAW FIRM, P.C.
The Flagship Building
200 Westwoods Drive
Liberty, MO 64068
Telephone: 816-781-0002
Facsimile: 816-781-1984
Email: ryan@mcclellandlawfirm.com
Email: mrahmberg@mcclellandlawfirm.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2022, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/ R. Andrew Santillo<br>
R. Andrew Santillo (NJ ID #025512004)